# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135138

SHELLY ANNE STRUCK and ELOY STRUCK,
     Plaintiffs-Appellees,

v

                                          SC: 135138
                                          COA: 276219
MICHAEL KUSMIERZ and AUTOZONE, INC.,     Bay CC: 04-003607-NO
     Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the September 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008 _____               _____

d0130                                            Clerk